IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

FILED
Charlotte, NC
JAN 23 2025
Clerk, US District Court
Western District NC

| | |
|---|---|
| UNITED STATES OF AMERICA | DOCKET NO. 3:25-cr-4-KDB |
| v. | BILL OF INDICTMENT |
| JONATHAN ALEXANDER DIAZ | Violation: 18 U.S.C. § 922(g)(1) |

## THE GRAND JURY CHARGES:

### COUNT ONE
*(Possession of a Firearm by a Convicted Felon)*

On or about July 11, 2023, in Mecklenburg County, within the Western District of North Carolina, the defendant,

**JONATHAN ALEXANDER DIAZ,**

knowing that he had previously been convicted of at least one crime punishable by imprisonment for a term exceeding one year, did knowingly and unlawfully possess one or more firearms, that is, a Smith and Wesson, model 340, .357 caliber revolver, in and affecting commerce, in violation of Title 18, United States Code, Section 922(g)(1).

### NOTICE OF FORFEITURE AND FINDING OF PROBABLE CAUSE

Notice is hereby given of the provisions of 18 U.S.C. § 924(d) and the statutes incorporated or referred to therein. The firearms and ammunition listed below are subject to forfeiture in accordance with § 924(d) because they were involved in, used, or intended to be used in the violation alleged in this bill of indictment.

The Grand Jury finds probable cause to believe that the following property is subject to forfeiture on one or more of the grounds stated above:

a. One Smith and Wesson, model 340, .357 caliber revolver and ammunition seized during the investigation.

A TRUE BILL

FOREPERSON ✓

DENA J. KING
UNITED STATES ATTORNEY

*/s/ Stephanie L. Spaugh*
STEPHANIE L. SPAUGH
ASSISTANT UNITED STATES ATTORNEY